DOES v. CROSSTOWN ST. RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by John J. Does, an infant, etc., against the Crosstown Street Railway Company and another.

PER CURIAM. That part of the order granting a new trial to the defendant railway company is affirmed, with costs to the railway company against the plaintiff to abide the event. The judgment against the defendant, Rudolph, and that part of the order denying his motion

for a new trial, are reversed, and a new trial ordered, with costs to the defendant Rudolph against the plaintiff to abide the event, upon the authority of Bamberg v. International Railway Company et al., 105 N. Y. Supp. 621.